IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BURRIS, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE HEALTH SYSTEM et al., | : | No. 16-0543 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 17th day of March, 2016, in consideration of Main Line Health System's Motion to Dismiss (Doc. No. 15) and Saint Charles Borromeo Roman Catholic Seminary's Motion to Dismiss (Doc. No. 16), and in further consideration of today's chambers conference between counsel for the parties, it is **hereby ORDERED that**:

1. The defendants' motions to dismiss are **DENIED without prejudice**;[1]

2. In light of defense counsels' representation that they intend to refile their motions to dismiss as motions for summary judgment under Rule 56, the defendants shall file any such motions by **April 8, 2016**, with responses from the plaintiff due on **May 9, 2016**.

BY THE COURT:

*S/Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge

---

[1] As explained at today's chambers conference, given the numerous factual exhibits attached to each of the defendants' motions to dismiss, the Court is denying the motions to dismiss without prejudice but allowing the parties time to refile their arguments as motions for summary judgment.

1