**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM BURRIS,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MAIN LINE HEALTH SYSTEM et al.,** | : | **No. 16-0543** |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 8th day of June, 2017, upon consideration of Main Line Health System's Motion for Summary Judgment (Doc. No. 22), Saint Charles Borromeo Roman Catholic Seminary's Motion for Summary Judgment (Doc. No. 20), Saint Charles Borromeo Roman Catholic Seminary's Motion to Supplement Motion for Summary Judgment (Doc. No. 31), Main Line Health System's Supplemental Motion for Summary Judgment (Doc. No. 38), responses thereto, and oral argument, it is **hereby ORDERED that**:

1.      Main Line Health System's Motion for Summary Judgment (Doc. No. 22) and Saint Charles Borromeo Roman Catholic Seminary's Motion for Summary Judgment (Doc. No. 20) are **DENIED**;

2.      Saint Charles Borromeo Roman Catholic Seminary's Motion to Supplement Motion for Summary Judgment (Doc. No. 31) and Main Line Health System's Supplemental Motion for Summary Judgment (Doc. No. 38), which sought to supplement Defendants' Motions for Summary Judgment are accordingly **DEEMED MOOT**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge